UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JACK ISRAEL,

Plaintiff,

- against -

JACOB LEW, SECRETARY,
DEPARTMENT OF THE TREASURY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ANSWER**

Civil Action No.
12-CV-0346

(Vitaliano, J.)
(Gold, M.J.)

Defendant JACOB LEW, Secretary of the United States Department of the Treasury, by his attorney, LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, Orelia E. Merchant, Assistant United States Attorney, of counsel, for his answer to the complaint, hereby responds to the correspondingly numbered paragraphs of the amended complaint, upon information and belief, as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Amended Complaint and, accordingly, denies

2. Admits the allegations contained in Paragraph 2 of the Amended Complaint.

3. Paragraph 3 of the Amended Complaint contains a jurisdictional statement to which no response is required; to the extent the paragraph may be read to contain factual allegations, defendant denies the allegations.

4. Paragraph 4 of the Amended Complaint contains conclusions of law to which no response is required; to the extent the paragraph may be read to contain factual allegations, defendant denies the allegations.

5. Admits the allegations contained in paragraph 5 of the Amended Complaint.

6. Denies the allegations contained in paragraph 6 of the Amended Complaint except admits that plaintiff's date of birth is May 14, 1953, and that he was over that age of forty (40) in 2007 with over thirty years of service with the Internal Revenue Service as of June, 2012.

7. Denies the allegations contained in paragraph 7 of the Amended Complaint, except admits that in or about 2007, plaintiff applied for a temporary position as a Grade 14 Senior CEP Team Coordinator position with a post of duty at Garden City, New York.

8. Denies the allegations contained in paragraph 8 of the Amended Complaint.

9. Denies the allegations contained in paragraph 9 of the Amended Complaint.

10. Paragraph 10 of the Amended Complaint contains plaintiff conclusory statements not statement of fact; to the extent that the paragraph may be read to contain factual allegations, defendant denies the allegations.

11. Denies the allegations contained in paragraph 11 of the Amended Complaint; aver that the selecting official Rosemary Sereti made a statement under oath in a written declaration on June 25, 2008 and responded to question 10: "I do not recall having any such conversation about Jack Israel with Mr. Greenberg."

12. Denies the allegations contained in paragraph 12 of the Amended Complaint.

13. Denies the allegations contained in paragraph 13 of the Amended Complaint.

14. Denies the allegations contained in paragraph 14 of the Amended Complaint.

15. Denies the allegations contained in paragraph 15 of the Amended Complaint.

16. Lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Amended Complaint except admits that the selectee for the position at issue is approximately two years younger than plaintiff and avers that the selectee for the position at issue was over the age of forty (40) in 2007.

17. Denies the allegations contained in paragraph 17 of the Amended Complaint.

18. Denies the allegations contained in paragraph 18 of the Amended Complaint.

19. Denies the allegations contained in paragraph 19 of the Amended Complaint.

20. Denies the allegations contained in paragraph 20 of the Amended Complaint.

21. Denies the allegations contained in paragraph 21 of the Amended Complaint.

22. Denies the allegations contained in paragraph 22 of the Amended Complaint.

23. Denies the allegations contained in paragraph 23 of the Amended Complaint.

24. Denies the allegations contained in paragraph 24 of the Amended Complaint.

25. Denies the allegations contained in paragraph 25 of the Amended Complaint except admits only that plaintiff filed an administrative complaint of discrimination with defendant, a hearing was held before an Administrative Law Judge who entered a Judgment and Order, the Agency issued a Final Order, plaintiff appealed the Agency's Final Order to the Equal Employment Opportunity Commission's Office of Federal Operations ("OFO"), who by decision dated October 19, 2011 affirmed the Agency's Final Order finding no discrimination.

26. Denies the allegations contained in paragraph 26 of the Amended Complaint.

The remaining unnumbered paragraph constitutes a prayer for relief to which no response is required; to the extent a response is deemed necessary, denies.

Denies any allegations not specifically admitted

**DEFENSES**

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

At all times and in all matters relevant to this Complaint, defendant, his agents, officers and employees, acted in accordance with the laws of the United States of America.

THIRD DEFENSE

Plaintiff was not discriminated against on the basis of age.

FOURTH DEFENSE

The employment actions taken by defendant, his agents or assigns, were motivated by legitimate, non-discriminatory reasons which were not pre-textual. Plaintiff's age was not a factor in this personnel decision.

FIFTH DEFENSE

Defendant acted at all times in accordance with all relevant rules and regulations, specifically, in compliance with Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*., ("Title VII") and the Aged Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 ("ADEA").

SIXTH DEFENSE

Plaintiff's damages are limited to those damages permitted under the ADEA and Title VII of the Civil Rights Act of 1964.

SEVENTH DEFENSE

Plaintiff is not entitled to attorney's fees under the ADEA, and may only be granted attorney's fees to the extent that he is eligible for such fees under the Equal Access to Justice Act.

EIGHTH DEFENSE

Plaintiff is not entitled to compensatory damages under the ADEA.

NINTH DEFENSE

Plaintiff is not entitled to liquidated damages, exemplary damages, punitive damages, or prejudgment interest.

TENTH DEFENSE

Plaintiff is not entitled to a trial by jury under the ADEA.

ELEVENTH DEFENSE

Defendant's actions were not the proximate cause of any alleged injuries or damages sustained by plaintiff.

TWELTH DEFENSE

The injuries and damages alleged, to the extent they exist, must be barred or reduced because plaintiff failed to mitigate such alleged damages.

WHEREFORE, defendant JACOB LEW, Secretary of the United States Department of the Treasury, respectfully requests that this Court dismiss the plaintiff's amended complaint in its entirety as against him and that judgment be entered in favor of the defendant, grant the defendant its costs and expenses for the defense of this action, and grant the defendant any such other further relief as this Court may deem just and proper.

Dated: Brooklyn, New York
November 14, 2013

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: /s/
Orelia E. Merchant
Assistant United States Attorney
(718) 254-6058

# DECLARATION OF SERVICE

Vanessa Lee, hereby declares and states as follows:

That on the ____th day of November, 2013 I caused to be mailed by U.S.P.S. First Class Mail, from 271 Cadman Plaza East, 7th Floor, Brooklyn, New York, the following:

**Answer**

of which the annexed is a true copy contained in a securely enclosed wrapper directed to the person(s) at the place(s) and address('es) as follows:

Edward C. Kramer, Esq.
Law Offices of Edward C. Kramer, P.C.
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 490-1616

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
November ___, 2013

_____________________
Vanessa Lee