01/25/2017 6:07 PM ET Law Offices of Edwar → 17182547489 D 1

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 03 2017 ★
BROOKLYN OFFICE

Recv'd 2/3/17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JACK ISRAEL,

Plaintiff,

-against-

JACK LEW, SECRETARY,
DEPARTMENT OF THE TREASURY,

Defendant.

Civil Action No. CV-12-346

(Vitaliano, J.)
(Gold, M.J.)

------------------------------------------------------------ x

JACK ISRAEL,

Plaintiff,

-against-

JACK LEW, SECRETARY,
DEPARTMENT OF THE TREASURY,

Defendant.

Civil Action No. CV-13-1947

(Vitaliano, J.)
(Gold, M.J.)

------------------------------------------------------------ x

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Jack Israel ("plaintiff") and Jack Lew, Secretary of the United States Department of the Treasury (hereinafter "defendant"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned actions are dismissed against the defendant with prejudice.

Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted by plaintiff for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to the above-captioned lawsuits.

*Israel v. Lew, Nos. CV-12-346, CV-13-1947*
*Stipulation and Order of Voluntary Dismissal with Prejudice*

The parties have entered into a Stipulation for Compromise Settlement and Release and the Court shall retain jurisdiction to hear any motion to enforce its terms.

Dated: New York, New York
January 25, 2017

Edward C. Kramer
Law Offices of Edward C. Kramer, P.C.
271 Madison Avenue, 12 Floor
New York, New York 10016

By: ______________________
Edward C. Kramer
212-490-1616
eck@lawkram.com

Dated: Brooklyn, New York
January 25, 2017

ROBERT L. CAPERS
United States Attorney
Eastern District of New York
217 Cadman Plaza East, 7th floor
Brooklyn, New York 11201

By: ______________________
James R. Cho
Assistant U.S. Attorney
718-254-6519
james.cho@usdoj.gov

SO ORDERED this
1st day of February, 2017

/s/ USDJ ERIC N. VITALIANO

HONORABLE ERIC N. VITALIANO
United States District Judge, Eastern District of New York

The clerk is directed to close this case.

The Clerk is directed to close this case.